IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01608-BNB

EDGAR ALLEN STITZEL,

    Plaintiff,

v.

SGT. JUSTINE McBRIDE, and
OMI PROGRAMS STAFF,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 23 2009

GREGORY C. LANGHAM
                CLERK

ORDER OF DISMISSAL

On August 14, 2009, Magistrate Judge Boyd N. Boland entered an order granting Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to pay an initial partial filing fee of $1.00 or to show cause why he has no assets and no means by which to pay the initial partial filing fee. Plaintiff was instructed that, in order to show cause why he cannot pay the $1.00 initial partial filing fee, he must submit a current certified copy of his inmate trust fund account statement. Plaintiff was warned that the complaint would be dismissed without further notice if he failed either to pay the initial partial filing fee or to show cause as directed within thirty days.

On August 20, 2009, Plaintiff submitted to the Court an uncertified copy of his inmate trust fund account statement dated August 7, 2009, an uncertified copy of his inmate trust fund account statement dated July 8, 2009, and a cover letter stating that he is unable to pay the initial partial filing fee. Plaintiff also states in the cover letter that

it costs $0.50 to obtain a certified copy of his inmate trust fund account statement and that he does not have $0.50.

The Court finds that Plaintiff has failed to show cause as directed why he is unable to pay the initial partial filing fee. Even assuming Plaintiff lacks sufficient funds to obtain a certified copy of his inmate trust fund account statement as he alleges, both of the account statements submitted to the Court on August 20 predate Magistrate Judge Boland's August 14 order and fail to demonstrate that Plaintiff currently lacks sufficient funds to pay the initial partial filing fee. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are dismissed without prejudice because Plaintiff failed either to pay the initial partial filing fee or to show cause as directed why he has no assets and no means by which to pay the initial partial filing fee.

DATED at Denver, Colorado, this 22 day of Sept, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-01608-BNB

Edgar Allen Stitzel
Reg No. 89250
Centennial Corr. Facility
P.O. Box 600 - B-2-6
Cañon City, CO 81215-0600

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/23/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk